**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 98-10978
Summary Calendar
_____


MELVIN E. HEARN,

                                        Plaintiff-Appellant,

                    VERSUS

            GREYHOUND LINE CORPORATION,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-1483-R)
_____

March 8, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]


     Melvin Hearn sued his employer under title VII, claiming race
discrimination for the failure to promote him to the position of
maintenance supervisor.  Finding no genuine issue of material fact,
the district court entered summary judgment for the employer and
explained its ruling in a thorough memorandum opinion.

     The court concluded that the employer's stated reasonSSthat
other candidates for the job had superior qualificationsSSwas not

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

pretextual.  Seeing no error in this reasoning on the basis of the record, we affirm, essentially for the reasons set forth by the district court.

AFFIRMED.